UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kester Wubben, et al.,   Civil 10-1962 DSD/FLN

    Plaintiff,

    v.   O R D E R

Specialized Loan Servicing, LLC,
et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 26, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant Specialized Loan Servicing LLC's motion to dismiss [#2] is GRANTED;

2. Plaintiffs' complaint is DISMISSED.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 10, 2010    s/David S. Doty
at Minneapolis, Minnesota    JUDGE DAVID S. DOTY
    United States District Court